

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00315-CR

John David **BABYAK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR2462-02
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a).

SIGNED June 18, 2025.

_____
Adrian A. Spears II, Justice